UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Geraldine Spencer</u>

       v.                06-cv-85-SM

<u>State of New Hampshire</u>

## O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated October 3, 2006, no objection having been filed, for the reasons set forth therein.   Plaintiff's complaint is hereby dismissed without prejudice.

SO ORDERED.

October 27, 2006

                                                  Steven J. McAuliffe
                                                  Chief Judge

cc:   Geraldine Spencer, pro se